Demetrius DUNNIGAN, Appellant,

v.

STATE of Missouri, Respondent.

No. 73393.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 3, 1998.

Rosemary D. McGuire, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

#### ORDER

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. He pled guilty to one count of robbery in the second degree, section 569.030, RSMo 1994, and one count of resisting arrest, section 575.150, RSMo 1994. The court sentenced movant as a persistent offender to twenty years imprisonment for robbery and one year for resisting arrest, to be served concurrently.

The motion court's findings are not clearly erroneous, and no error of law appears. No jurisprudential purpose would be served by a written opinion. The judgment of the motion court is affirmed in accordance with Rule 84.16(b).

■

STATE of Missouri, Plaintiff/Respondent,

v.

Antonio BELL, Defendant/Appellant.

No. 73483.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 3, 1998.

Craig A. Johnston, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before SIMON, P.J., and CRANE and LAWRENCE E. MOONEY, JJ.

#### ORDER

PER CURIAM.

Defendant Antonio Bell appeals from the judgment entered after his conviction by a jury on one count of attempted forcible rape, in violation of Sections 566.030 and 564.011 RSMo 1994; one count of class B felony kidnapping, in violation of Section 565.110 RSMo 1994; and one count of armed criminal action, in violation of Section 571.015 RSMo 1994. The trial court sentenced defendant to concurrent terms of fifteen years on each count.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).